# Notice Recipients

District/Off: 0315-2   User: auto   Date Created: 12/13/2024
Case: 24-21990-JAD   Form ID: pdf900   Total: 43

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        LAKEVIEW LOAN SERVICING, LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee       ustpregion03.pi.ecf@usdoj.gov
tr        Ronda J. Winnecour       cmecf@chapter13trusteewdpa.com
aty       Brent J. Lemon       blemon@kmllawgroup.com
aty       Keri P. Ebeck       kebeck@bernsteinlaw.com
aty       Michael C. Eisen       attorneyeisen@yahoo.com
aty       Richard Monti       rmonti@grblaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Pamela K. Lenhart       58 Oakwood Road       Pittsburgh, PA 15205
cr        Duquesne Light Company       c/o Bernstein-Burkley, P.C.       601 Grant Street, 9th Floor       Pittsburgh, PA 15219
cr        Ally Financial c/o AIS Portfolio Services, LLC       4515 N Santa Fe Ave. Dept. APS       Oklahoma City, OK 73118
cr        Pittsburgh Water and Sewer Authority       c/o Richard A. Monti, Esquire       525 William Penn Place       Suite 3110       Pittsburgh       PA, 15219 UNITED STATES
cr        Merrick Bank       c/o Resurgent Capital Services       PO Box 10368       Greenville, SC 29603-0368
cr        City of Pittsburgh & School District of Pittsburgh       c/o Richard A. Monti, Esquire       525 William Penn Place       Suite 3110       Pittsburgh       PA, 15219 UNITED STATES
16424330  Capital One       PO Box 30285       Salt Lake City, UT 84130
16424331  Capital One Bank USA N.A.       4851 Cox Road       Glen Allen, VA 23060
16431711  City of Pittsburgh/School District of Pittsburgh       GRB Law       c/o Richard A. Monti, Esquire       525 William Penn Place, Suite 3110       Pittsburgh, PA 15219
16424332  Duquesne Light       Customer Care Department       411 Seventh Ave, MD 6-1       Pittsburgh, PA 15230
16452430  Duquesne Light Company       c/o Bernstein-Burkley, P.C.       601 Grant Street, 9th Floor       Pittsburgh, PA 15219
16440879  Jefferson Capital Systems LLC       Po Box 7999       Saint Cloud MN 56302-9617
16424333  Kohl's       PO Box 3043       Milwaukee, WI 53201
16424334  LVNV Funding       Resurgent Capital Services       PO Box 10497       Greenville, SC 29603
16425551  LVNV Funding, LLC       Resurgent Capital Services       PO Box 10587       Greenville, SC 29603-0587
16433837  Lakeview Loan Servicing, LLC       C/O M&T BANK       PO BOX 840       Buffalo, NY 14240
16424335  M & T Bank       PO Box 1288       Buffalo, NY 14240
16427170  MERRICK BANK       Resurgent Capital Services       PO Box 10368       Greenville, SC 29603-0368
16424336  Michael F. Ratchford, Esq.       Ratchford Law Group PC       54 Glenmaura National Blvd, Ste 104       Moosic, PA 18507
16452859  Mission Lane LLC       by AIS Infosource, LP as agent       PO Box 4457       Houston, TX 77210
16424337  Mission Lane Tab Bank       PO Box 105286       Atlanta, GA 30348
16424338  Nissan Motor Acceptance       PO Box 660366       Dallas, TX 75266
16440267  Nissan Motor Acceptance Company LLC       fka Nissan Motor Acceptance Corporation       PO Box 9013       Addison, Texas 75001
16424339  Ocwen Loan Servicing LLC       Attn: Bankruptcy Dept       1661 Worthington Road, Ste 100       West Palm Beach, FL 33409
16424340  PHH Mortgage Services       1 Mortgage Way       Mount Laurel, NJ 08054
16429095  Pittsburgh Water and Sewer Authority       GRB Law       c/o Richard A. Monti, Esquire       525 William Penn Place, Suite 3110       Pittsburgh, PA 15219
16424341  Portfolio Recovery Associates       PO Box 12914       Norfolk, VA 23541
16424342  Portfolio Recovery Associates LLC       120 Corporate Blvd       Norfolk, VA 23502
16428425  Portfolio Recovery Associates, LLC       POB 12914       Norfolk, VA 23541
16424343  Preferred Primary Care Physicians       PO Box 8000       Dept 429       Buffalo, NY 14267
16424344  Robert N. Polas, Jr., Esq.       120 Corporate Blvd       Norfolk, VA 23502
16424345  SYNCB/Ashley Furniture       Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896
16424346  SYNCB/Home       Attn: Bankruptcy       PO Box 965060       Orlando, FL 32896
16452136  Synchrony Bank       by AIS InfoSource LP as agent       PO Box 4457       Houston, TX 77210-4457
16451957  UPMC HEALTH SERVICES       PO BOX 1123       MINNEAPOLIS, MN 55440
16451959  UPMC PHYSICIAN SERVICES       PO BOX 1123       MINNEAPOLIS, MN 55440

TOTAL: 36