# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-21990-JAD |
| Pamela K. Lenhart | : Chapter 13 |
|     Debtor | : |
| | : |
| | : |
| Nissan Motor Acceptance Company LLC | : |
| fka Nissan Motor Acceptance Corporation | : |
| | : |
|     Movant | : |
| vs. | : |
| Pamela K. Lenhart | : |
| | : |
|     Debtor and | : |
| | : |
| | : |
| Ronda J. Winnecour | : |
|     Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation respectfully withdraws its Motion for Relief From Stay filed at Doc #33 without prejudice.

Respectfully submitted,

Dated: April 18, 2025

**PINCUS LAW GROUP, PLLC**

By: /s/ Michael J. Clark
Michael J. Clark, Esquire
Five Greentree Centre
525 Route 73 Route, Suite 309
Marlton, NJ 08053
Telephone: 516-699-8902
Email: mclark@pincuslaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-21990-JAD |
| Pamela K. Lenhart | : Chapter 13 |
|     Debtor | : |
| | : |
| | : |
| Nissan Motor Acceptance Company LLC | : |
| fka Nissan Motor Acceptance Corporation | : |
| | : |
|     Movant | : |
|     vs. | : |
| Pamela K. Lenhart | : |
| | : |
|     Debtor and | : |
| | : |
| | : |
| Ronda J. Winnecour | : |
|     Trustee/Respondent | : |

### CERTIFICATION OF SERVICE

    I, Michael J. Clark, Esquire, certify that I served a copy of Nissan Motor Acceptance Company LLC Fka Nissan Motor Acceptance Corporation Praecipe to Withdraw the Motion for Relief From Stay upon the following parties, on April 18, 2025:

Michael C. Eisen, Esquire
Via ECF
*Debtors Attorney*

Ronda J. Winnecour, Esquire
Via ECF
*Trustee*

(THIS PORTION OF THE PAGE IS LEFT INTENTIONALLY BLANK)

Pamela K. Lenhart
58 Oakwood Road
Pittsburgh, PA 15205
Via First Class Mail
*Debtors*

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: April 18, 2025 | **PINCUS LAW GROUP, PLLC** |
| | By: /s/ Michael J. Clark |
| | Michael J. Clark, Esquire |
| | Five Greentree Centre |
| | 525 Route 73 Route, Suite 309 |
| | Marlton, NJ 08053 |
| | Telephone: 516-699-8902 |
| | Email: mclark@pincuslaw.com |