# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : Bankruptcy No. 24-21990-JAD | |
| Pamela K. Lenhart | : Chapter 13 | |
| Debtor | : | |
| | : | |
| | : | |
| Nissan Motor Acceptance Company LLC | : | |
| fka Nissan Motor Acceptance Corporation | : | |
| | : | |
| Movant | : | |
| vs. | : | Related to Docs. #33 and 40 |
| Pamela K. Lenhart | : | |
| | : | |
| Debtor and | : | |
| | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Trustee/Respondent | : | |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation respectfully withdraws its Motion for Relief From Stay filed at Doc #33 without prejudice.

Respectfully submitted,

Dated: April 18, 2025

**PINCUS LAW GROUP, PLLC**

By: /s/ Michael J. Clark
Michael J. Clark, Esquire
Five Greentree Centre
525 Route 73 Route, Suite 309
Marlton, NJ 08053
Telephone: 516-699-8902
Email: mclark@pincuslaw.com

SO ORDERED.

4/18/2025

Jeffery A. Deller
U.S. Bankruptcy Judge

—sjk

FILED
4/18/25 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21990-JAD |
| Pamela K. Lenhart | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 18, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pamela K. Lenhart, 58 Oakwood Road, Pittsburgh, PA 15205-4265 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | |
| | on behalf of Debtor Pamela K. Lenhart attorneyeisen@yahoo.com aarin96@hotmail.com |
| Michael John Clark | |
| | on behalf of Creditor Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation mclark@pincuslaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | |

on behalf of Creditor Pittsburgh Water and Sewer Authority rmonti@grblaw.com

Richard Monti

on behalf of Creditor City of Pittsburgh & School District of Pittsburgh rmonti@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8