IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVNA

IN RE:                          :
                                :        CASE NO.  24-21990-JAD
PAMELA K. LENHART               :
                                :        CHAPTER 13
            DEBTOR              :
                                :

NOTICE OF DEBTOR'S
CHANGE OF ADDRESS

Old Address:        58 Oakwood Street
                    Pittsburgh, PA 15205

New Address:        1750 Barr Ave, Apt 2
                    Pittsburgh, PA   15205

Dated:  May 28, 2026            /s/ Michael C. Eisen
                                Michael C. Eisen, Esquire
                                M. EISEN & ASSOCIATES, P.C.
                                404 McKnight Park Drive
                                Pittsburgh, PA 15237
                                412-367-9005
                                PA ID# 74523
                                attorneyeisen@yahoo.com